IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel John Connolly a/k/a Dan Connolly<br>        Debtor(s)<br><br>MidFirst Bank<br>     Movant<br>  vs.<br><br>Daniel John Connolly a/k/a Dan Connolly<br>        Debtor(s)<br>Barbara D. Connolly<br>     Co-Debtor<br>Scott F. Waterman<br>     Trustee | CHAPTER 13<br><br><br>NO. 20-11238 PMM<br><br><br>11 U.S.C. Section 362 and 1301 |

## ORDER

  ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 343 Molasses Hill Road, Bernville, PA 19506 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Patricia M. Mayer*

**Date: June 14, 2022**
                     United States Bankruptcy Judge.