Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 20-11238-PMM**

Daniel John Connolly  
343 Molasses Hill Road  
Bernville  PA   19506

Petition Filed Date: 02/28/2020  
341 Hearing Date: 03/31/2020  
Confirmation Date: 10/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $535.00 | | 05/05/2021 | $535.00 | | 06/07/2021 | $535.00 | |
| 07/06/2021 | $535.00 | | 08/04/2021 | $535.00 | | 09/07/2021 | $535.00 | |
| 10/05/2021 | $535.00 | | 11/08/2021 | $641.00 | | 12/09/2021 | $641.00 | |
| 01/10/2022 | $641.00 | | 02/08/2022 | $641.00 | | 03/08/2022 | $641.00 | |
| 04/08/2022 | $641.00 | | 05/09/2022 | $641.00 | | 06/08/2022 | $641.00 | |
| 07/12/2022 | $641.00 | | | | | | | |

**Total Receipts for the Period: $9,514.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,409.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,275.00 | $3,275.00 | $0.00 |
| 1 | UNIVERSITY OF PENNSYLVANIA<br>»» 001 | Unsecured Creditors | $8,142.32 | $0.00 | $8,142.32 |
| 2 | PINNACLE CREDIT SERVICES LLC<br>»» 002 | Unsecured Creditors | $1,744.04 | $0.00 | $1,744.04 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $673.96 | $0.00 | $673.96 |
| 4 | DUVERA<br>»» 004 | Unsecured Creditors | $1,541.17 | $0.00 | $1,541.17 |
| 5 | ONE MAIN FINANCIAL<br>»» 005 | Secured Creditors | $16,003.56 | $10,780.24 | $5,223.32 |
| 6 | C/O DL THOMPSON LAW, PC<br>»» 006 | Unsecured Creditors | $7,170.25 | $0.00 | $7,170.25 |
| 7 | AMERICREDIT FINANCIAL SERVICES<br>»» 007 | Unsecured Creditors | $9,101.43 | $0.00 | $9,101.43 |
| 8 | AMERICAN INFOSOURCE LP<br>»» 008 | Unsecured Creditors | $127.00 | $0.00 | $127.00 |
| 9 | MERRICK BANK<br>»» 009 | Unsecured Creditors | $1,027.64 | $0.00 | $1,027.64 |
| 10 | MIDFIRST BANK<br>»» 010 | Mortgage Arrears | $51.29 | $51.29 | $0.00 |
| 11 | SPRINT<br>»» 011 | Unsecured Creditors | $3,055.21 | $0.00 | $3,055.21 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 012 | Unsecured Creditors | $432.77 | $0.00 | $432.77 |
| 13 | BANK OF MISSOURI<br>»» 013 | Unsecured Creditors | $381.76 | $0.00 | $381.76 |

**Chapter 13 Case No. 20-11238-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | BANK OF MISSOURI<br>»» 014 | Unsecured Creditors | $347.12 | $0.00 | $347.12 |
| 15 | ARMY & AIR FORCE EXCHANGE SERVICES<br>»» 015 | Unsecured Creditors | $4,457.35 | $0.00 | $4,457.35 |
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $580.74 | $0.00 | $580.74 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $502.72 | $0.00 | $502.72 |
| 18 | PINNACLE SERVICE SOLUTIONS LLC<br>»» 018 | Unsecured Creditors | $550.00 | $0.00 | $550.00 |
| 19 | CITIBANK NA<br>»» 019 | Unsecured Creditors | $464.89 | $0.00 | $464.89 |
| 20 | CITIBANK NA<br>»» 020 | Unsecured Creditors | $536.81 | $0.00 | $536.81 |
| 21 | ALS AUTO CARE<br>»» 022 | Unsecured Creditors | $9,931.70 | $0.00 | $9,931.70 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,409.00 | Current Monthly Payment: | $641.00 |
| Paid to Claims: | $14,106.53 | Arrearages: | $641.00 |
| Paid to Trustee: | $1,302.47 | Total Plan Base: | $21,819.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.