United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-11238-pmm
Daniel John Connolly     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: May 25, 2023     Form ID: 138OBJ     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel John Connolly, 343 Molasses Hill Road, Bernville, PA 19506-8317 |
| 14552471 | + | Als Auto Care, 373 Mantoloking Road, Brick, NJ 08723-5773 |
| 14474865 | + | Barbara Connolly, 343 Molasses Hill Road, Bernville, PA 19506-8317 |
| 14484955 | + | Donna L. Thompson Esq., c/o DL Thompson Law, PC, PO Box 679, Allenwood, NJ 08720-0679 |
| 14474870 | + | Edward L Berger, Esq, 1760 Market Street, Suite 600, Philadelphia, PA 19103-4105 |
| 14474873 | + | Full Throttle Lending LLC, PO Box 220, Birdsboro, PA 19508-0220 |
| 14557677 | + | KATHLEEN R. WALL, ESQ., 2640 HIGHWAY70, SUITE 9A, P.O. BOX A, MANASQUAN, NJ 08736-0631 |
| 14552472 | + | Kathleen R. Wall, Esq., 2640 Highway 70, Manasquan, NJ 08736-2609 |
| 14684506 | + | MidFirst Bank, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14519885 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14478031 | + | UNIVERSITY OF PENNSYLVANIA, NEW BOLTON CENTER, c/o EDWARD L. BERGER, ESQUIRE, GORDIN & BERGER, P.C., 1760 MARKET STREET, SUITE 608, PHILADELPHIA, PA 19103-4199 |
| 14526550 | + | University of Penns, New Bolton Center, c/o Edward L. Berger, Esquire, 1760 Market Street, Suite 608, Philadelphia, PA 19103-4105 |
| 14474885 | + | University of Pennsylvania New Bolton Ct, 382 W Street Road, Kennett Square, PA 19348-1691 |
| 14526551 | + | University of Pennsylvania,, New Bolton Center, 382 West Street Road, Kennett Square, PA 19348-1692 |
| 14484956 | + | c/o DL Thompson Law, PC, PO Box 679, c/o DL Thompson Law, PC, PO Box 679, Allenwood, NJ 08720-0679 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 26 2023 01:12:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 26 2023 01:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14474864 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 26 2023 01:12:00 | Americredit Financial Services Inc., 801 Cherry Street, Fort Worth, TX 76102 |
| 14484112 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 26 2023 01:12:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14497534 | + | Email/Text: BankruptcyNotices@aafes.com | May 26 2023 01:12:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 14495768 | + | Email/Text: bknotices@totalcardinc.com | May 26 2023 01:12:00 | BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 14474866 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2023 01:15:55 | Capital Bank,n.a., 101 Crossways Park West, Woodbury, NY 11797-2020 |
| 14491538 | + | Email/PDF: ebn_ais@aisinfo.com | May 26 2023 01:16:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14474867 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 26 2023 01:12:00 | Cb Indigo/gf, Po Box 4499, Beaverton, OR |

Case 20-11238-pmm  Doc 76  Filed 05/27/23  Entered 05/28/23 00:37:53  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: 138OBJ | Total Noticed: 50 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 97076-4499 |
| 14501322 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:15:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14474868 | + Email/PDF: creditonebknotifications@resurgent.com | May 26 2023 01:15:49 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14474869 | Email/Text: operationsclerk@easypayfinance.com | May 26 2023 01:12:00 | Easypay/dvra, 3220 Executive Ridge, Vista, CA 92081 |
| 14474872 | + Email/Text: bankruptcy@fncbinc.com | May 26 2023 01:12:00 | FNCB Inc, 50 W Liberty Street, Suite 250, Reno, NV 89501-1973 |
| 14474871 | + Email/PDF: ais.fpc.ebn@aisinfo.com | May 26 2023 01:16:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14474874 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 26 2023 01:12:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14478827 | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2023 01:16:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14491729 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2023 01:15:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14474875 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2023 01:16:00 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14563039 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | May 26 2023 01:15:47 | MidFirst Bank, Bankruptcy Dept., 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14474876 | + Email/Text: BankruptcyNotices@aafes.com | May 26 2023 01:12:00 | Military Star, 3911 Walton Walker, Dallas, TX 75236-1509 |
| 14474877 | + Email/Text: bankruptcynotification@montereyfinancial.com | May 26 2023 01:12:00 | Monterey Financial Svc, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 14491902 | + Email/Text: nsm_bk_notices@mrcooper.com | May 26 2023 01:12:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14474878 | + Email/Text: nsm_bk_notices@mrcooper.com | May 26 2023 01:12:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14482286 | Email/PDF: cbp@onemainfinancial.com | May 26 2023 01:15:56 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14474879 | + Email/PDF: cbp@onemainfinancial.com | May 26 2023 01:15:47 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14478826 | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2023 01:16:01 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14500069 | + Email/PDF: resurgentbknotifications@resurgent.com | May 26 2023 01:16:01 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14493666 | Email/Text: bnc-quantum@quantum3group.com | May 26 2023 01:12:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14491970 | Email/PDF: ais.sprint.ebn@aisinfo.com | May 26 2023 01:15:54 | Sprint Corp, Attention Bankruptcy Dept, PO BOX 7949, Overland Park, KS 66207-0949 |
| 14474880 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:16:12 | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14474882 | + Email/Text: bknotices@totalcardinc.com | May 26 2023 01:12:00 | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14474883 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:15:54 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14474886 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 26 2023 01:12:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14474887 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: May 25, 2023 | Form ID: 138OBJ | Total Noticed: 50

|  |  |  | May 26 2023 01:12:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| --- | --- | --- | --- | --- |
| 14474888 | + | Email/Text: bnc-bluestem@quantum3group.com | May 26 2023 01:12:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14474881 |  | Syncb/walmart |
| 14474884 | ##+ | Thrift Investment Corp, 720 King George Post Rd, Fords, NJ 08863-1974 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com   bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| JOSEPH L QUINN | on behalf of Debtor Daniel John Connolly CourtNotices@rqplaw.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mclark@squirelaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Daniel John Connolly
        Debtor(s)                        Case No: 20−11238−pmm
                                                                           Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
          Office of the Clerk, Gateway Building
              201 Penn Street, 1st Floor
                 Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/25/23