**Fill in this information to identify the case:**

Debtor 1  Daniel John Connolly

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of PA

Case number  20-11238 PMM

# Form 4100R

## Response to Notice of Final Cure Payment                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of Creditor:**  MidFirst Bank                **Court claim no. (if known):**  10-2

**Last 4 digits** of any number you use to identify the debtor's account:  9884
**Property address:**
343 Molasses Hill Road
Bernville, PA 19506

### Part 2:  Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $ _____

### Part 3:  Postpetition Mortgage Payment

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                    (a)         $ 2,759.96
b.  Total fees, charges, expenses, escrow, and costs outstanding:  + (b)      $ 0.00
c.  **Total.** Add lines a and b.                               (c)         $ 2,759.96

Creditor asserts that the debtor(s) are contractually obligated for  05 / 01 / 2023
the postpetition payment(s) that first became due on:

Form 4100R                        Response to Notice of Final Cure Payment                        page 1

Document ID: 97966b96708e0f458a3513967ebf3ae80c2fc36b301f041493228d6e15d7a867

| Debtor(s) | Daniel John Connolly | | Case Number (if known): 20-11238 PMM |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*   Date   06/08/2023
Michael Farrington
08 Jun 2023, 12:34:09, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

06/02/23

DANIEL CONNOLLY                                                          Account Numbe  ▉▉▉▉▉
BARBARA CONNOLLY
343 MOLASSES HILL RD

BERNVILLE         PA 19506-0000

Collateral

| | | | | |
|---|---|---|---|---|
| Original Balance | 247252.00 | P&I Payment | 1067.49 | Next Due Date | 05/01/23 |
| Current Balance | 232302.81 | Escrow Payment | 362.91 | Last Payment Date | 04/01/23 |
| Escrow Balance | 1791.49 | Opt Ins Payment | 0.00 | Current Interest Rate | 3.50000 |
| Unapplied Balance | 0.00 | Buydown | 0.00 | | |
| Fee Balance | 0.00 | Total Payment | 1430.40 | | |

History from 02/28/20 through 06/02/23   Beginning statement balance   241433.07   Ending statement balance   232302.81

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/20 | 11/13/20 | 06/01/20 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 677.50 F |
| 12/01/20 | 12/01/20 | 06/01/20 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -677.50 F |
| 12/04/20 | 12/04/20 | 06/01/20 | ESCROW DISBURSEMENT | -156.53 | 0.00 | 0.00 | -156.53 | 0.00 | 0.00 |
| 01/04/21 | 01/04/21 | 06/01/20 | ESCROW DISBURSEMENT | -156.53 | 0.00 | 0.00 | -156.53 | 0.00 | 0.00 |
| 02/04/21 | 02/04/21 | 06/01/20 | ESCROW DISBURSEMENT | -156.53 | 0.00 | 0.00 | -156.53 | 0.00 | 0.00 |
| 03/02/21 | 03/01/21 | 06/01/20 | MISC RECEIPT | 15.13 | 0.00 | 0.00 | 0.00 | 0.00 | 15.13 N |
| 03/04/21 | 03/04/21 | 06/01/20 | MISC RECEIPT | -15.13 | 0.00 | 0.00 | 0.00 | 0.00 | -15.13 N |
| 03/04/21 | 03/04/21 | 06/01/20 | MISC RECEIPT | 15.13 | 0.00 | 0.00 | 0.00 | 0.00 | 15.13 N |
| 03/04/21 | 03/04/21 | 06/01/20 | ESCROW DISBURSEMENT | -156.53 | 0.00 | 0.00 | -156.53 | 0.00 | 0.00 |
| 04/05/21 | 04/05/21 | 06/01/20 | ESCROW DISBURSEMENT | -156.53 | 0.00 | 0.00 | -156.53 | 0.00 | 0.00 |
| 04/15/21 | 04/15/21 | 06/01/20 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 F |
| 04/15/21 | 04/15/21 | 06/01/20 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/15/21 | 04/15/21 | 06/01/20 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/04/21 | 05/04/21 | 06/01/20 | ESCROW DISBURSEMENT | -156.53 | 0.00 | 0.00 | -156.53 | 0.00 | 0.00 |
| 06/04/21 | 06/04/21 | 06/01/20 | ESCROW DISBURSEMENT | -156.53 | 0.00 | 0.00 | -156.53 | 0.00 | 0.00 |
| 07/02/21 | 07/02/21 | 06/01/20 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -20.00 F |
| 07/02/21 | 07/02/21 | 06/01/20 | ESCROW DISBURSEMENT | -156.53 | 0.00 | 0.00 | -156.53 | 0.00 | 0.00 |
| 07/07/21 | 07/02/21 | 06/01/20 | MISC RECEIPT | 18.18 | 0.00 | 0.00 | 0.00 | 0.00 | 18.18 N |

**B**= *Buydown/Subsidy*          **F**= *Fee Payment*          **L**= *Late Charges*          **N**= *Unapplied*

06/02/23                                                                 Account Number  ▉▉▉▉▉

DANIEL CONNOLLY
BARBARA CONNOLLY

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/21 | 07/07/21 | 06/01/20 | MISC RECEIPT | 15.13 | 0.00 | 0.00 | 15.13 | 0.00 | 0.00 |
| 07/07/21 | 07/07/21 | 06/01/20 | MISC RECEIPT | -15.13 | 0.00 | 0.00 | 0.00 | 0.00 | -15.13 N |
| 07/09/21 | 07/09/21 | 06/01/20 | MISC RECEIPT | -18.18 | 0.00 | 0.00 | 0.00 | 0.00 | -18.18 N |
| 07/09/21 | 07/09/21 | 06/01/20 | MISC RECEIPT | 18.18 | 0.00 | 0.00 | 0.00 | 0.00 | 18.18 N |
| 08/04/21 | 08/04/21 | 06/01/20 | ESCROW DISBURSEMENT | -156.53 | 0.00 | 0.00 | -156.53 | 0.00 | 0.00 |
| 08/06/21 | 08/06/21 | 06/01/20 | ESCROW DISBURSEMENT | -1901.00 | 0.00 | 0.00 | -1901.00 | 0.00 | 0.00 |
| 08/11/21 | 08/11/21 | 06/01/20 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/11/21 | 08/11/21 | 06/01/20 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/20/21 | 08/20/21 | 06/01/20 | MISC RECEIPT | 18.18 | 0.00 | 0.00 | 18.18 | 0.00 | 0.00 |
| 08/20/21 | 08/20/21 | 06/01/20 | MISC RECEIPT | -18.18 | 0.00 | 0.00 | 0.00 | 0.00 | -18.18 N |
| 09/03/21 | 09/03/21 | 06/01/20 | ESCROW DISBURSEMENT | -156.53 | 0.00 | 0.00 | -156.53 | 0.00 | 0.00 |
| 10/04/21 | 10/04/21 | 06/01/20 | ESCROW DISBURSEMENT | -154.08 | 0.00 | 0.00 | -154.08 | 0.00 | 0.00 |
| 11/02/21 | 10/28/21 | 06/01/20 | MISC RECEIPT | 17.98 | 0.00 | 0.00 | 0.00 | 0.00 | 17.98 N |
| 11/03/21 | 11/03/21 | 06/01/20 | MISC RECEIPT | -17.98 | 0.00 | 0.00 | 0.00 | 0.00 | -17.98 N |
| 11/03/21 | 11/03/21 | 06/01/20 | MISC RECEIPT | 17.98 | 0.00 | 0.00 | 0.00 | 0.00 | 17.98 N |
| 11/04/21 | 11/04/21 | 06/01/20 | ESCROW DISBURSEMENT | -154.08 | 0.00 | 0.00 | -154.08 | 0.00 | 0.00 |
| 11/12/21 | 11/12/21 | 06/01/20 | MISC RECEIPT | 17.98 | 0.00 | 0.00 | 17.98 | 0.00 | 0.00 |
| 11/12/21 | 11/12/21 | 06/01/20 | MISC RECEIPT | -17.98 | 0.00 | 0.00 | 0.00 | 0.00 | -17.98 N |
| 12/06/21 | 12/06/21 | 06/01/20 | ESCROW DISBURSEMENT | -154.08 | 0.00 | 0.00 | -154.08 | 0.00 | 0.00 |
| 12/07/21 | 12/06/21 | 06/01/20 | MISC RECEIPT | 1781.90 | 0.00 | 0.00 | 0.00 | 0.00 | 1781.90 N |
| 12/22/21 | 12/22/21 | 06/01/20 | MISC RECEIPT | -1781.90 | 0.00 | 0.00 | 0.00 | 0.00 | -1781.90 N |
| 12/22/21 | 12/22/21 | 07/01/20 | PAYMENT | 1699.27 | 291.60 | 1131.72 | 275.95 | 0.00 | 0.00 |
| 12/22/21 | 12/22/21 | 07/01/20 | MISC RECEIPT | 82.63 | 0.00 | 0.00 | 0.00 | 0.00 | 82.63 N |
| 01/04/22 | 01/04/22 | 07/01/20 | ESCROW DISBURSEMENT | -154.08 | 0.00 | 0.00 | -154.08 | 0.00 | 0.00 |
| 01/14/22 | 01/14/22 | 07/01/20 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/14/22 | 01/14/22 | 07/01/20 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/22 | 01/28/22 | 07/01/20 | MISC RECEIPT | 16.44 | 0.00 | 0.00 | 0.00 | 0.00 | 16.44 N |
| 02/03/22 | 02/03/22 | 07/01/20 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 F |

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 02/04/22 | 02/04/22 | 07/01/20 | ESCROW DISBURSEMENT | -154.08 | 0.00 | 0.00 | -154.08 | 0.00 | 0.00 |
| 03/04/22 | 03/04/22 | 07/01/20 | ESCROW DISBURSEMENT | -154.08 | 0.00 | 0.00 | -154.08 | 0.00 | 0.00 |
| 03/09/22 | 03/09/22 | 07/01/20 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 F |
| 04/01/22 | 04/01/22 | 02/01/22 | ADMIN ADJUSTMENT | 0.00 | 3416.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/01/22 | 04/01/22 | 02/01/22 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 5802.09 | 0.00 | 0.00 |
| 04/04/22 | 04/04/22 | 02/01/22 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -20.00 F |
| 04/04/22 | 04/04/22 | 02/01/22 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -20.00 F |

**B**= *Buydown/Subsidy*     **F**= *Fee Payment*     **L**= *Late Charges*     **N**= *Unapplied*

06/02/23                                         Account Number ███

DANIEL CONNOLLY
BARBARA CONNOLLY

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 04/04/22 | 04/04/22 | 02/01/22 | ESCROW DISBURSEMENT | -154.08 | 0.00 | 0.00 | -154.08 | 0.00 | 0.00 |
| 04/07/22 | 04/07/22 | 02/01/22 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 F |
| 04/12/22 | 04/12/22 | 02/01/22 | MISC RECEIPT | -16.44 | 0.00 | 0.00 | 0.00 | 0.00 | -16.44 N |
| 04/12/22 | 04/12/22 | 02/01/22 | MISC RECEIPT | 16.44 | 0.00 | 0.00 | 0.00 | 0.00 | 16.44 N |
| 04/14/22 | 04/14/22 | 02/01/22 | ESCROW DISBURSEMENT | -16.44 | 0.00 | 0.00 | 0.00 | 0.00 | 16.44 N |
| 04/29/22 | 04/28/22 | 02/01/22 | MISC RECEIPT | 16.44 | 0.00 | 0.00 | 0.00 | 0.00 | 16.44 |
| 05/04/22 | 05/04/22 | 02/01/22 | ESCROW DISBURSEMENT | -16.44 | 0.00 | 0.00 | 0.00 | 0.00 | 16.44 N |
| 05/04/22 | 05/04/22 | 02/01/22 | ESCROW DISBURSEMENT | -154.08 | 0.00 | 0.00 | -154.08 | 0.00 | 0.00 |
| 05/11/22 | 05/11/22 | 02/01/22 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 F |
| 06/06/22 | 06/06/22 | 02/01/22 | ESCROW DISBURSEMENT | -154.08 | 0.00 | 0.00 | -154.08 | 0.00 | 0.00 |
| 06/07/22 | 06/06/22 | 02/01/22 | MISC RECEIPT | 1380.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1380.00 N |
| 06/15/22 | 06/15/22 | 02/01/22 | MISC RECEIPT | -1380.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1380.00 N |
| 06/15/22 | 06/15/22 | 02/01/22 | MISC RECEIPT | 1380.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1380.00 N |
| 06/15/22 | 06/15/22 | 02/01/22 | MISC RECEIPT | -1380.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1380.00 N |
| 06/15/22 | 06/15/22 | 03/01/22 | PAYMENT | 1379.98 | 374.13 | 693.36 | 312.49 | 0.00 | 0.00 |
| 06/15/22 | 06/15/22 | 03/01/22 | MISC RECEIPT | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 N |
| 06/22/22 | 06/22/22 | 03/01/22 | MISC RECEIPT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/05/22 | 07/05/22 | 03/01/22 | ESCROW DISBURSEMENT | -154.08 | 0.00 | 0.00 | -154.08 | 0.00 | 0.00 |
| 07/12/22 | 07/12/22 | 03/01/22 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 F |
| 08/04/22 | 08/04/22 | 03/01/22 | ESCROW DISBURSEMENT | -154.08 | 0.00 | 0.00 | -154.08 | 0.00 | 0.00 |
| 08/08/22 | 08/08/22 | 03/01/22 | ESCROW DISBURSEMENT | -2126.00 | 0.00 | 0.00 | -2126.00 | 0.00 | 0.00 |
| 08/25/22 | 08/25/22 | 03/01/22 | MISC RECEIPT | -82.65 | 0.00 | 0.00 | 0.00 | 0.00 | -82.65 N |
| 08/25/22 | 08/25/22 | 03/01/22 | MISC RECEIPT | 82.65 | 0.00 | 0.00 | 0.00 | 0.00 | 82.65 N |
| 09/02/22 | 09/02/22 | 03/01/22 | ESCROW DISBURSEMENT | -154.08 | 0.00 | 0.00 | -154.08 | 0.00 | 0.00 |
| 09/09/22 | 09/09/22 | 03/01/22 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 F |
| 10/04/22 | 10/04/22 | 03/01/22 | ESCROW DISBURSEMENT | -151.49 | 0.00 | 0.00 | -151.49 | 0.00 | 0.00 |
| 10/05/22 | 10/05/22 | 03/01/22 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 F |
| 11/04/22 | 11/04/22 | 03/01/22 | ESCROW DISBURSEMENT | -151.49 | 0.00 | 0.00 | -151.49 | 0.00 | 0.00 |
| 11/08/22 | 11/08/22 | 03/01/22 | MISC RECEIPT | -82.65 | 0.00 | 0.00 | 0.00 | 0.00 | -82.65 N |
| 11/08/22 | 11/08/22 | 03/01/22 | MISC RECEIPT | 82.65 | 0.00 | 0.00 | 0.00 | 0.00 | 82.65 N |
| 12/02/22 | 12/02/22 | 03/01/22 | ESCROW DISBURSEMENT | -151.49 | 0.00 | 0.00 | -151.49 | 0.00 | 0.00 |
| 12/16/22 | 11/03/22 | 03/01/22 | MISC RECEIPT | 11552.28 | 0.00 | 0.00 | 0.00 | 0.00 | 11552.28 N |
| 12/16/22 | 11/22/22 | 03/01/22 | MISC RECEIPT | 1379.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1379.98 |
| 12/21/22 | 12/21/22 | 03/01/22 | MISC RECEIPT | -1379.98 | 0.00 | 0.00 | 0.00 | 0.00 | -1379.98 N |
| 12/21/22 | 04/01/22 | 04/01/22 | PAYMENT | 1379.98 | 375.22 | 692.27 | 312.49 | 0.00 | 0.00 |

**B**= *Buydown/Subsidy*     **F**= *Fee Payment*     **L**= *Late Charges*     **N**= *Unapplied*

06/02/23                                         Account Number ███

DANIEL CONNOLLY
BARBARA CONNOLLY

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 12/21/22 | 12/21/22 | 04/01/22 | MISC RECEIPT | -1379.98 | 0.00 | 0.00 | 0.00 | 0.00 | -1379.98 N |
| 12/21/22 | 05/01/22 | 05/01/22 | PAYMENT | 1379.98 | 376.31 | 691.18 | 312.49 | 0.00 | 0.00 |
| 12/21/22 | 12/21/22 | 05/01/22 | MISC RECEIPT | -1379.98 | 0.00 | 0.00 | 0.00 | 0.00 | -1379.98 N |
| 12/21/22 | 06/01/22 | 06/01/22 | PAYMENT | 1379.98 | 377.41 | 690.08 | 312.49 | 0.00 | 0.00 |
| 12/21/22 | 12/21/22 | 06/01/22 | MISC RECEIPT | -1379.98 | 0.00 | 0.00 | 0.00 | 0.00 | -1379.98 N |
| 12/21/22 | 07/01/22 | 07/01/22 | PAYMENT | 1379.98 | 378.51 | 688.98 | 312.49 | 0.00 | 0.00 |
| 12/21/22 | 12/21/22 | 07/01/22 | MISC RECEIPT | -1379.98 | 0.00 | 0.00 | 0.00 | 0.00 | -1379.98 N |
| 12/21/22 | 08/01/22 | 08/01/22 | PAYMENT | 1379.98 | 379.61 | 687.88 | 312.49 | 0.00 | 0.00 |
| 12/21/22 | 12/21/22 | 08/01/22 | MISC RECEIPT | -1379.98 | 0.00 | 0.00 | 0.00 | 0.00 | -1379.98 N |
| 12/21/22 | 09/01/22 | 09/01/22 | PAYMENT | 1379.98 | 380.72 | 686.77 | 312.49 | 0.00 | 0.00 |
| 12/21/22 | 12/21/22 | 09/01/22 | MISC RECEIPT | -1430.40 | 0.00 | 0.00 | 0.00 | 0.00 | -1430.40 N |
| 12/21/22 | 10/01/22 | 10/01/22 | PAYMENT | 1430.40 | 381.83 | 685.66 | 362.91 | 0.00 | 0.00 |
| 12/21/22 | 12/21/22 | 10/01/22 | MISC RECEIPT | -1430.40 | 0.00 | 0.00 | 0.00 | 0.00 | -1430.40 N |
| 12/21/22 | 11/01/22 | 11/01/22 | PAYMENT | 1430.40 | 382.95 | 684.54 | 362.91 | 0.00 | 0.00 |
| 12/21/22 | 12/21/22 | 11/01/22 | MISC RECEIPT | -1430.40 | 0.00 | 0.00 | 0.00 | 0.00 | -1430.40 N |
| 12/21/22 | 12/01/22 | 12/01/22 | PAYMENT | 1430.40 | 384.06 | 683.43 | 362.91 | 0.00 | 0.00 |
| 12/21/22 | 12/21/22 | 12/01/22 | MISC RECEIPT | -100.00 | 0.00 | 0.00 | 0.00 | 0.00 | -100.00 N |
| 12/21/22 | 12/21/22 | 12/01/22 | FEE PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 F |
| 12/21/22 | 12/21/22 | 12/01/22 | FEE PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 F |
| 12/21/22 | 12/21/22 | 12/01/22 | FEE PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 F |
| 12/21/22 | 12/21/22 | 12/01/22 | FEE PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 F |
| 12/22/22 | 12/22/22 | 12/01/22 | MISC RECEIPT | -82.65 | 0.00 | 0.00 | 0.00 | 0.00 | -82.65 N |
| 12/22/22 | 12/22/22 | 12/01/22 | ADDL PRINCIPAL | 82.65 | 82.65 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/29/22 | 12/29/22 | 12/01/22 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/04/23 | 01/04/23 | 12/01/22 | ESCROW DISBURSEMENT | -151.49 | 0.00 | 0.00 | -151.49 | 0.00 | 0.00 |

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/20/23 | 01/10/23 | 12/01/22 | MISC RECEIPT | 1379.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1379.98 | N |
| 01/25/23 | 01/25/23 | 12/01/22 | MISC RECEIPT | -1430.40 | 0.00 | 0.00 | 0.00 | 0.00 | -1430.40 | N |
| 01/25/23 | 01/25/23 | 01/01/23 | PAYMENT | 1430.40 | 385.42 | 682.07 | 362.91 | 0.00 | 0.00 | |
| 02/03/23 | 02/03/23 | 01/01/23 | ESCROW DISBURSEMENT | -151.49 | 0.00 | 0.00 | -151.49 | 0.00 | 0.00 | |
| 02/13/23 | 12/14/22 | 01/01/23 | MISC RECEIPT | 1379.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1379.98 | N |
| 02/17/23 | 02/01/23 | 01/01/23 | MISC RECEIPT | 1379.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1379.98 | N |
| 02/17/23 | 02/17/23 | 01/01/23 | MISC RECEIPT | -1430.40 | 0.00 | 0.00 | 0.00 | 0.00 | -1430.40 | N |
| 02/17/23 | 02/01/23 | 02/01/23 | PAYMENT | 1430.40 | 386.55 | 680.94 | 362.91 | 0.00 | 0.00 | |
| 03/02/23 | 03/02/23 | 02/01/23 | MISC RECEIPT | -1430.40 | 0.00 | 0.00 | 0.00 | 0.00 | -1430.40 | N |

B= Buydown/Subsidy    F= Fee Payment    L= Late Charges    N= Unapplied

06/02/23                                                    Account Number ████

DANIEL CONNOLLY
BARBARA CONNOLLY

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/02/23 | 03/01/23 | 03/01/23 | PAYMENT | 1430.40 | 387.68 | 679.81 | 362.91 | 0.00 | 0.00 | |
| 03/06/23 | 03/06/23 | 03/01/23 | ESCROW DISBURSEMENT | -151.49 | 0.00 | 0.00 | -151.49 | 0.00 | 0.00 | |
| 04/04/23 | 04/04/23 | 03/01/23 | ESCROW DISBURSEMENT | -151.49 | 0.00 | 0.00 | -151.49 | 0.00 | 0.00 | |
| 04/24/23 | 02/15/23 | 03/01/23 | MISC RECEIPT | 1379.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1379.98 | N |
| 04/24/23 | 02/15/23 | 03/01/23 | MISC RECEIPT | 1379.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1379.98 | N |
| 05/01/23 | 05/01/23 | 03/01/23 | MISC RECEIPT | -311.60 | 0.00 | 0.00 | 0.00 | 0.00 | -311.60 | N |
| 05/01/23 | 05/01/23 | 03/01/23 | MISC RECEIPT | 311.60 | 0.00 | 0.00 | 311.60 | 0.00 | 0.00 | |
| 05/01/23 | 05/01/23 | 03/01/23 | MISC RECEIPT | -1430.40 | 0.00 | 0.00 | 0.00 | 0.00 | -1430.40 | N |
| 05/01/23 | 04/01/23 | 04/01/23 | PAYMENT | 1430.40 | 388.81 | 678.68 | 362.91 | 0.00 | 0.00 | |
| 05/03/23 | 05/03/23 | 04/01/23 | ESCROW DISBURSEMENT | -151.49 | 0.00 | 0.00 | -151.49 | 0.00 | 0.00 | |

B= Buydown/Subsidy    F= Fee Payment    L= Late Charges    N= Unapplied

PLEASE NOTE THAT ANY AMOUNT OWED ON YOUR LOAN THAT HAS BEEN DEFERRED UNDER THE HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) OR ANY OTHER SIMILAR PROGRAM WILL NOT BE REFLECTED ON THE HISTORY. THIS AMOUNT REMAINS DUE AND OWING ACCORDING TO THE TERMS OF THE AGREEMENT YOU EXECUTED THAT ESTABLISHED THE AMOUNT THAT WOULD BE DEFERRED. THE UNPAID PRINCIPAL BALANCE MAY NOT REFLECT ANY LOAN MODIFICATION DEFERRAL AMOUNT OR BALLOON PAYMENT THAT MAY BE DUE.

6/2/2023

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daniel John Connolly a/k/a Dan Connolly<br>　　　　　　　　　　　　　Debtor(s)<br><br>MidFirst Bank<br>　　　　　　　　　　　　　Movant<br>vs.<br><br>Daniel John Connolly a/k/a Dan Connolly<br>　　　　　　　　　　　　　Debtor(s)<br><br>Scott F. Waterman,<br>　　　　　　　　　　　　　Trustee | BK NO. 20-11238 PMM<br><br>Chapter 13<br><br>Related to Claim No. 10-2 |

**CERTIFICATE OF SERVICE**
**RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 12, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Daniel John Connolly a/k/a Dan Connolly
343 Molasses Hill Road
Bernville, PA 19506

Attorney for Debtor(s) (via ECF)
Joseph L. Quinn
Ross, Quinn & Ploppert, P.C.
192 South Hanover Street
Suite 101
Pottstown, PA 19464

Trustee (via ECF)
Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first-class mail.

Dated: June 12, 2023

　　　　　　　　　　　　　　　　　　　　/s/ Michael P. Farrington
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-627.1322
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com